## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MALON RANDY DIAZ, | : | No. 7 MAP 2021 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth at No. 583 MD 2020 |
| | : | dated November 30, 2020 |
| v. | : | |
| | : | |
| | : | |
| D.O.C. SECRETARY, JOHN WETZEL, AND | : | |
| SUPERINTENDENT, SCI-MAHANOY, B. | : | |
| MASON, AND PENNSYLVANIA BOARD | : | |
| OF PROBATION AND PAROLE, AND | : | |
| ATTORNEY GENERAL OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  August 17, 2021**

**AND NOW,** this 17th day of August, 2021, the order of the Commonwealth Court is hereby **AFFIRMED**.